UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-20176-CIV-MARTINEZ-GOODMAN**

WESTCHESTER FIRE INSURANCE CO.,
      Plaintiff,

vs.

CM CONSULTING GROUP et al.,
      Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon telephonic notice of settlement.   It is hereby:

**ORDERED AND ADJUDGED**:

1.      The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before June 15, 2018**.

2.      If the parties fail to comply with this order, the Court shall dismiss this case without prejudice without any further warning.

3.      The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.   This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of May, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record